# United States District Court
## *Southern District of Georgia*

JAIMERE PROSSER,

     Petitioner,

                               JUDGMENT IN A CIVIL CASE

                V.
                          CASE NUMBER: CV1:16-092
                                       (Formerly CR1:09-073)

UNITED STATES OF AMERICA,

     Respondent.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of August 29, 2016, the Report and Recommendation

of the Magistrate Judge is ADOPTED as the opinion of the Court. The § 2255 motion is

DISMISSED, and this civil action stands CLOSED.

08/29/2016
*Date*

Scott L. Poff
*Clerk*

*Jara H. Rutton*
*(By) Deputy Clerk*